Sherod **MAIR**, Plaintiff–Appellant,

v.

**Hester BARBER; Scott Memmott,**
**Defendants–Appellees.**

No. 10–7575.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 21, 2011.

Sherod Mair, Appellant Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherod Mair appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mair v. Barber,* No. 2:10–cv–00492–RAJ–DEM (E.D.Va. Oct. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.